IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDEN FORTUNE IMPORT & EXPORT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MEI-XIN (HONG KONG) LIMITED and MAXIM'S CATERERS LIMITED,<br><br>Defendants. | Civil Action No. 22-01369 (JXN) (JRA)<br><br>**NOTICE OF CROSS-MOTION TO DISMISS THE VERIFIED <u>COMPLAINT</u>** |

TO: Marisa Rauchway Sverdlov, Esq.
RAUCHWAY LAW
195 Fairfield Avenue #4D
West Caldwell, New Jersey 07006
(973) 314-9697

David M. Dugan, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500

**PLEASE TAKE NOTICE** that on March 25, 2022, or as soon thereafter as counsel may be heard, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, before the Honorable Julien Xavier Neals, Defendant Mei-Xin (Hong Kong) Limited and Maxim's Caterers Limited (together, "Defendants") will cross-move for an order dismissing the Verified Complaint of Plaintiff Golden Fortune Import & Export Corporation, and for all such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely on the Brief, Declaration of YU Yuet Fun Alice and Declaration of Sarah Fehm Stewart, and all exhibits thereto, which have been filed under seal.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order and Certificate of Service are attached.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: March 21, 2022

DUANE MORRIS LLP

By: _____/s/ Sarah Fehm Stewart_____
Sarah Fehm Stewart
Mauro M. Wolfe
Vincent J. Nolan III
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102
Telephone: 973-424-2061
Fax: 973-556-1464
Email: sfstewart@duanemorris.com

*Attorneys for Defendants Mei-Xin (Hong Kong) Limited and Maxim's Caterers Limited*