UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDEN FORTUNE IMPORT & EXPORT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEI-XIN (HONG KONG) LIMITED and MAXIM'S CATERERS LIMITED.<br><br>Defendants. | Civil Action No. 2:22-cv-01369-JXN-JRA<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before this Court on Plaintiff Golden Fortune Import & Export Corporation's ("Golden Fortune") Verified Complaint and Order To Show Cause, and Defendants Mei-Xin (Hong Kong) Limited and Maxim's Caterers Limited (together, "Defendants") having opposed the Order to Show Cause and cross-moved to dismiss the Verified Complaint; and the Court having considered the papers submitted and the arguments of counsel; and for good cause shown;

**IT IS** on this _____ day of _____ 2022;

**ORDERED** that Golden Fortune's Order to Show Cause is DENIED in its entirety;

**FURTHER ORDERED** that the Verified Complaint is DISMISSED with prejudice.

_____
Hon. Julien X. Neals, U.S.D.J.

OPPOSED _____
UNOPPOSED _____