## **CERTIFICATE OF SERVICE**

      I, Sarah Fehm Stewart, hereby certify that, on this 21st day of March 2022, true and correct copies of the foregoing papers were served on all counsel of record via the Court's electronic case filing system.

Dated:  March 21, 2022

                                                              /s/ Sarah Fehm Stewart  
                                                                Sarah Fehm Stewart