# DECLARATION

I, **Poon Man Fung Eric** (name), of **Flat E, 9/F, Ming Kung Mansion, Tai Koo Shing** (address), solemnly and sincerely declare that:

Exhibit marked 1-2: In the United States district court for the District of new jersey

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

_____
(signature of declarant)

Declared at **Eastern District Office** in the HKSAR this _____ day of **- 4 APR 2022** 20_____, through the interpretation of _____ (name) of _____ (address and occupation), the said interpreter having been also first declared/sworn* that he/she* had truly, distinctly, and audibly interpreted the contents of this document to the declarant, and that he/she* would truly and faithfully interpret the declaration about to be administered to him/her*.#

Before me,

**WONG Muse**
Commissioner for Oaths

#I, _____ (name), of _____ (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and _____ language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant _____ (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.

_____
(signature of interpreter)

Declared/Sworn* at _____ in the HKSAR this _____ day of _____ 20_____.

Before me,

_____
Commissioner for Oaths#

#_# Please delete the relevant paragraphs if no interpreter is involved
* Please delete where appropriate
HAD 5 (S) Rev. 10/2020

# 聲　明

本人＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(姓名)，現居於＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(地址)，謹以至誠鄭重聲明：

　本人謹憑藉《宣誓及聲明條例》衷誠作出此項鄭重聲明，並確信其為真確無訛。

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
（聲明人簽署）

　此項聲明是於＿＿＿＿＿＿＿＿＿＿(年／月／日)在香港特別行政區＿＿＿＿＿＿＿＿＿作出，
#是經由＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(姓名)，現居於＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿(地址)及任職＿＿＿＿＿＿＿＿＿＿＿＿＿＿作出傳譯者，而此傳譯員亦已先行聲明／宣誓* 他／她* 已將本文件內容向聲明人作出真實明確及清晰可聞的傳譯，並會將本人即將為聲明人主持的聲明忠實向其傳譯。#

在本人面前作出，

監誓員：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

#本人＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(姓名)，現居於＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(地址)，謹以至誠鄭重聲明／謹此宣誓*，本人諳熟本文件所採用的法定語文及＿＿＿＿＿＿＿＿＿語，本人已將本文件內容向聲明人＿＿＿＿＿＿＿＿＿＿(姓名)作真實明確及清晰可聞的傳譯，並會將即將為其主持的聲明忠實向其傳譯。

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
（傳譯員簽署）

　此項聲明／宣誓*是於＿＿＿＿＿＿＿＿(年／月／日)在香港特別行政區＿＿＿＿＿＿＿＿作出。

在本人面前作出，

監誓員：＿＿＿＿＿＿＿＿＿＿＿＿＿＿#

#＿＿＿# 如毋須作出傳譯，請刪去有關段落
*　請刪去不適用的文字
HAD 5(S) Rev. 10/2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDEN FORTUNE IMPORT & EXPORT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MEI-XIN (HONG KONG) LIMITED and MAXIM'S CATERERS LIMITED,<br><br>Defendants. | Case No.: 2:22-cv-01369 (JXN) (JRA)<br><br>**AFFIDAVIT OF SERVICE** |

Hong Kong SAR, China     )
                         ) ss.
City of _Kowloon_        )

I declare that I, Eric Poon Man Fung, am a resident of Hong Kong SAR, China, over the age of twenty-one, not a party nor an attorney for any party in this action, and am authorized by order of the above court to perform the following service:

I accomplished service upon **Mei-Xin (Hong Kong) Limited** by delivering the Summons in a Civil Case, Order to Show Cause for a Preliminary Injunction, Verified Complaint, Civil Cover Sheet, Golden Fortune Import & Export Corporation's Rule 7.1 Disclosure Statement, Exhibits A-Z, Brief in Support of Plaintiff's Request to Serve Papers through Alternative Means Pursuant to Fed. R. Civ. 4(f)(3), Declaration of Andy Ng in Support of Plaintiff's Request to Serve Defendants through Alternative Means Pursuant to Fed. R. Civ. 4(f)(3), with Exhibit A-C, Declaration of David M. Dugan, Esq. in Support of Plaintiff's Request to Serve Defendants through Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3), with Exhibit A-F, Brief in Support of Plaintiff's Application by Order to Show Cause for a Preliminary Injunction, Declaration of Marisa Rauchway Sverdlov, Esq. in Support of Plaintiff's Application by Order to Show Cause for a Preliminary Injunction, with Exhibit A, Order to Show Cause for a Preliminary Injunction, Notice of Plaintiff's Motion to File Documents Under Seal, Brief in Support of Plaintiff's Motion to File Documents/Information Under Seal, Declaration of Andy Ng in Support of Plaintiff's Request to File Documents/Information Under Seal, and Order Granting Plaintiff's Motion to File Documents/Information Under Seal, personally and in person to the Supervisor for the Send and Receive Department of Mei-Xin (Hong Kong) Limited at the address of:

<u>7/F, Maxim's Centre, Cheung Shun Street</u>
<u>Cheung Sha Wan, Kowloon, Hong Kong SAR, China</u>

Served on the 22nd day of March 2022 at 4:03 P.M.

Affidavit of Eric Poon Man Fung
Re: Service upon Mei-Xin (Hong Kong) Limited

Page 1 of 2

This is the exhibit marked _1_ referred to in the Statutory Declaration of _Poon Man Fung Eric_ declared before me on _-4 APR 2022_
WONG Muse
Commissioner for Oaths

Description of person served (the Supervisor refused to provide her name (privacy law issue) but provided the attached receipt with the company stamp for Maxim's Caterers Limited (which also houses Mei-Xin (Hong Kong) Limited) (Exhibit A):

Race: <u>Asian</u> Hair color: <u>black</u> Height: <u>5'3"</u> Weight: <u>55 kg</u> Gender: <u>F</u> Age: <u>early 30's years old</u>

Signature _____

SUBSCRIBED AND SWORN to before me this __4__ day of __April__, 2022.

_____
Authorized to swear affidavit oaths
under the laws of Hong Kong SAR, China

Affidavit of Eric Poon Man Fung
Re: Service upon Mei-Xin (Hong Kong) Limited

Page 2 of 2

This is the exhibit marked __2__ referred to in the Statutory Declaration of _Poon Man Fung Eric_ declared before me on _- 4 APR 2022_

WONG Muse
Commissioner for Oaths



Exhibit 4

Mai-XinCheng (Hong Kong) Limited
Date Served: 2022-3-22
Time Served: 1603
Recipient's Name: Done
Recipient's Position: N/A
Address of Served: 2/F 15/F, Maxim's Catering Shun Street, Cheung Sa Wan NJ
Served by: Boon Man Fung Eric

NAXIMS CATERERS LTD
22 MAR 2022
RECEIVED